

ACCEPTED
15-24-00034-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/1/2025 12:58 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/1/2025 12:58:59 PM
CHRISTOPHER A. PRINE
Clerk

**TRACY M. TURNER**
ATTORNEY
TEXAS STATE BAR NO. 24076743
TRACY@TEXASPROPERTYTAXATTORNEYS.COM
DIRECT 214.935.9477

April 1, 2025

*Via Electronic Service Provider*

Mr. Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

      *Re*:    Court of Appeals Number: 15-24-00034-CV
             Trial Court Case Number: D-1-GN-23-001403
             *Exxon Mobil Global Services v. State Office of Administrative Hearings,*
             *and Keneshia Washington in her Official Capacity as Administrative Law*
             *Judge*

Dear Mr. Prine:

     In response to your letter dated March 5, 2025, Appellant Exxon Mobil Global Services ("Exxon") hereby confirms receipt of your notification that the above-referenced matter is set for oral argument on Tuesday, April 15, 2025, at 1:30 PM. Tracy M. Turner will present oral argument on behalf of Exxon.

               Sincerely,

               Tracy M. Turner

cc: Ms. Karen L. Watkins (via e-service)
cc: Ms. Caroline Tom (via e-service)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lauren Brusniak on behalf of Tracy Turner
Bar No. 24076743
Lauren@TexasPropertyTaxAttorneys.com
Envelope ID: 99133065
Filing Code Description: Letter
Filing Description: Designation of Counsel for Oral Argument
Status as of 4/1/2025 1:30 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 4/1/2025 12:58:59 PM | SENT |
| Karen Watkins | | karen.watkins@oag.texas.gov | 4/1/2025 12:58:59 PM | SENT |
| John Brusniak | | john@texaspropertytaxattorneys.com | 4/1/2025 12:58:59 PM | SENT |
| Tracy Turner | | tracy@texaspropertytaxattorneys.com | 4/1/2025 12:58:59 PM | SENT |
| Lauren Brusniak | | lauren@texaspropertytaxattorneys.com | 4/1/2025 12:58:59 PM | SENT |
| Kendal Carnley | | kendal@texaspropertytaxattorneys.com | 4/1/2025 12:58:59 PM | SENT |
| Caroline Tom | | ctom@olsonllp.com | 4/1/2025 12:58:59 PM | SENT |